FILED
September 15, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:11MJ00288-GGH-5
      Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
ROBERT KLAUS, )
)
      Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ROBERT KLAUS__ , Case No. __2:11MJ00288-GGH-5__ , Charge __21USC § 846, 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

    ✔    (Other)     Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 6, 2011__ at __2:00 pm__ .

              By  /s/ Gregory G. Hollows
                  Gregory G. Hollows
                  United States Magistrate Judge

Copy 5 - Court