FILED
September 15, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case No. 2:11MJ00288-GGH-5
        Plaintiff,                  )
v.                                  )   ORDER FOR RELEASE OF
                                    )   PERSON IN CUSTODY
ROBERT KLAUS,                       )
                                    )
        Defendant.                  )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROBERT KLAUS , Case No.  2:11MJ00288-GGH-5 , Charge  21USC § 846, 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   ___   Bail Posted in the Sum of $___

         ___   Unsecured Appearance Bond

         ___   Appearance Bond with 10% Deposit

         ___   Appearance Bond with Surety

         ___   Corporate Surety Bail Bond

   ✔    (Other)      Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 15, 2011  at  2:00 pm .

                              By  /s/ Gregory G. Hollows
                                  Gregory G. Hollows
                                  United States Magistrate Judge

Copy 5 - Court